IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 125,879

In the Matter of KENNETH J. ELAND,
*Petitioner.*

ORDER OF REINSTATEMENT

On April 28, 2023, this court suspended for 180 days the Kansas law license of Kenneth J. Eland. The court directed that Eland could seek reinstatement by compliance with Supreme Court Rule 232(b) (2023 Kan. S. Ct. R. at 293) and that Rule 232(d) applies in that a reinstatement hearing is not required. *In re Eland*, 317 Kan. 315, 333, 528 P.3d 983 (2023).

On October 27, 2023, Eland filed a petition for reinstatement under Rule 232(b). As required under Rule 232(c) and (d)(1), the Office of the Disciplinary Administrator (ODA) certified that Eland fully complied with his obligations under Rule 232(b)(1)(A)-(D), and that considering the gravity of Eland's misconduct leading to the suspension, the ODA believes sufficient time has elapsed to justify the court's reconsideration of the suspension.

The court grants Eland's petition and reinstates his Kansas law license.

The court orders Eland to pay all required reinstatement and registration fees to the Office of Judicial Administration (OJA) and to complete any continuing legal education requirements under Supreme Court Rule 812 (2023 Kan. S. Ct. R. at 609). The court directs that once OJA confirms Eland's satisfaction of these conditions, OJA must add Eland's name to the roster of attorneys actively engaged in the practice of law in Kansas.

The court orders the publication of this order in the official Kansas Reports and the assessment of all costs herein to Eland.

Wall, J., not participating.

Dated this 8th day of November 2023.